JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

YANGYANG LI,

Petitioner,

v.

MARKWAYNE MULLIN, ETC., ET AL.,

Respondents.

No. ED CV 26-3495-E

JUDGMENT

Pursuant to the “Order for Entry of Judgment,” it is adjudged that the Petition is granted in part and Respondents are ordered to provide Petitioner (A# 226-124-304) with a bond hearing before an immigration judge within seven (7) days at which the burden will be on the Government to justify Petitioner’s detention through by clear and convincing evidence that Petitioner is an unacceptable danger or an unacceptable risk of flight.

DATED: July 15, 2026.

CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE